IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff(s)<br><br>vs.<br><br>LARRY C. CAREY<br>Defendant(s) | *<br>*<br>*  Civil Action No.: WMN-02-1867<br>*<br>*<br>* |

******

### SETTLEMENT ORDER
### (LOCAL RULE 111)

This Court has been advised by the parties that the above action has been settled, including all counterclaims, cross-claims and third-party claims, if any. Accordingly, pursuant to Local Rule 111 it is ORDERED that:

This action is hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within 30 days to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

IT IS FURTHER ORDERED that:

The Clerk of the Court shall mail copies of this Order to counsel of record.

Date: 7/24/02

William M. Nickerson
Senior United States District Judge

U.S. District Court (Rev. 5/2001)

U.S. Department of Justice

*United States Attorney*
*District of Maryland*
*Northern Division*

---

*Thomas M. DiBiagio*
*United States Attorney*

*Michael A. DiPietro*
*Assistant United States Attorney*

*6625 United States Courthouse*
*101 West Lombard Street*
*Baltimore, Maryland 21201-2692*

*410-209-4800*
*TTY/TDD:410-962-4462*
*410-209-4816*
*FAX 410-962-2310*

July 23, 2002

Honorable William M. Nickerson
United States District Judge
4415 United States Courthouse
101 West Lombard Street
Baltimore, Maryland  21201

    Re:  <u>United States v. Larry C. Carey</u>
         Civil Action No. WMN 02-1867

Dear Judge Nickerson:

    Having received from the Defendant, Larry C. Carey, a fully-executed settlement agreement, this letter is to provide the Court with notice pursuant to Local Rule 111.1 that the above-captioned matter has been settled.

    Should the Court have any questions concerning this notice, please feel free to call.

                          Very truly yours,

                          Thomas M. DiBiagio
                          United States Attorney

           By:_____
                Michael A. DiPietro
                Assistant United States Attorney
                6625 United States Courthouse
                101 West Lombard Street
                Baltimore, Maryland 21201-2692
                410-209-4800

cc:   Larry C. Carey